UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAKETA S. JOLLY,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>ROBERT F. KENNEDY, Jr., in his official capacity; et al.,<br><br>    Defendants - Appellees. | No. 26-1410<br><br>D.C. No.<br>3:26-cv-00390-SB<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: FRIEDLAND, R. NELSON, and BADE, Circuit Judges.

This court lacks jurisdiction to review the March 2, 2026 transfer order because it is not final or appealable. *See Nascimento v. Dummer*, 508 F.3d 905, 908 (9th Cir. 2007) (transfer order not directly appealable). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

All pending motions are denied as moot.

**DISMISSED.**